UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) |  |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) | NO. 3:19-cr-00211 |
| LERECO ANTWAN ABSTON, et al., | ) ) ) | |
| Defendant. | ) | |

## ORDER

The parties shall provide the Court with the number of witnesses for sentencing and a one to three sentence description of their anticipated testimony as well as a copy of all exhibits at the sentencing hearing. All documents must be filed on or before **November 2, 2022**.

The Court will identify the specific dates and times for each sentence by subsequent order.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE